FLEISCHNER POTASH LLP

**CONFIDENTIAL COMMUNICATION: ALL RIGHTS AND PRIVILEGES RESERVED**

January 9, 2026

**VIA ECF and Email**: CastelNYSDChambers@nysd.uscourts.gov

P. Kevin Castel, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 11D
New York, New York 10007

<span style="color:blue">Conference adjourned from January 16, 2026 to February 27, 2026 at 10:30 a.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#. SO ORDERED.
Dated:  1/12/2026</span>

*P. Kevin Castel*
United States District Judge

Re:    *Mt. Hawley Insurance Company v. GIM Construction, Inc.*,
Civil Action No. 1:25-cv-9031
United States District Court for the Southern District of New York
Our File No.: 394-24960
Handling Attorneys:   Eric R. Leibowitz eleibowitz@fp.law
**Request for Adjournment of Initial Pretrial Conference**

Dear Judge Castel:

Our law firm is counsel to Plaintiff, Mt Hawley Insurance Company ("Mt. Hawley"), in the above-referenced litigation filed against Defendant, GIM Construction, Inc. ("GIM"), in the United States District Court for the Southern District of New York.

**Mt. Hawley respectfully requests adjournment of the January 16, 2026 Initial Pretrial Conference in this matter for a period of at least one (1) month given GIM's failure to respond to the Complaint to date and Mt. Hawley's intention to file a motion for default judgment.**

Briefly, GIM has failed to respond to the Complaint for Declaratory Judgment ("Complaint") filed in the above-captioned matter. [Dkt. No. 1.]  The Complaint was electronically filed with the Court on October 30, 2025 and properly served on GIM via the New York Secretary of State, which is authorized to accept service on behalf of GIM, on November 4, 2025. [Dkt. No. 7.]  The deadline for GIM to file its Answer or other responsive pleading to the Complaint passed on November 25, 2025, and no response has been received by our office or otherwise filed with the Court.  Today, Mt. Hawley requested the Clerk of Court to enter a Clerk's Certificate of Default.  [Dkt Nos. 8-10.]

Notwithstanding the above, pursuant to the Court's Order for Initial Pretrial Conference dated November 6, 2025 [Dkt. No. 6], an Initial Pretrial Conference is scheduled for January 16, 2026 at 11:30am via telephone.  However, also pursuant to that Order, Plaintiff's counsel shall, no later than 5 business days before the conference, email a copy of an agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov.  The deadline for the agreed upon joint letter and Civil Case Management Plan & Scheduling order is today, **January 9, 2026.**

As previously noted, Defendant has <u>not</u> responded to the Complaint to date.  Today, Mt. Hawley requested the Clerk of Court to enter a Clerk's Certificate of Default.  [Dkt Nos. 8-10].  That request

---

is pending before the Clerk of Court.  Mt. Hawley thereafter intends to file a motion for Default Judgment.

Accordingly, Mt. Hawley respectfully requests that the Initial Pretrial Conference scheduled for January 16, 2026, is adjourned for at least one (1) month given GIM's failure to respond to the Complaint.

No adjournment or extension of the Initial Pretrial Conference date has been previously sought or granted.

GIM has not responded to the Complaint and therefore, the undersigned counsel has not been able to ascertain whether the adversary consents to the request.

We thank the Court for its consideration of this request.

Respectfully submitted,

FLEISCHNER POTASH LLP

Eric R. Leibowitz
eleibowitz@fp.law
ERL